■ In the Matter of IRVING SOLOMON et al., Appellants, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City

of New York, et al., Respondents.— In a proceeding to review a determination of the Board of Standards and Appeals of the City of New York which granted an application for a variance, the appeal is from an order which, *inter alia*, dismissed the petition and confirmed the determination. The determination sought to be reviewed granted an application under subdivisions (f), (h) and (i) of section 7 of the Zoning Resolution of the City of New York for a variance permitting the erection and operation of a gasoline service station and permitting the extension of an existing building for specified accessory uses. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ.